# UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF COLUMBIA

Isaac Zook,

        Plaintiff(s),

v.

United States

        Defendant.

Case No. **1:06-cv-00164**

ADDENDUM TO COMPLAINT No. 1

    This Court has recognized that an exception to the exhaustion of the administrative remedy is found where "An adverse decision can also be certain if an agency has articulated a very clear position on the issue which it has demonstrated it would be unwilling to reconsider." Randolph-Sheppard Vendors of Am. v. Weinberger, 795 F.2d 90, 105 (D.C. Cir. 1986) (citing Etelson v. Office of Pers. Mgmt., 684 F.2d 918, 925 (D.C. Cir. 1982).

    Pursuant to The Federal Records Act, 44 USC § 3101, and the National Archives Act, 44 USC § 3106, the attached correspondence is a public record. Pursuant to the Administrative Procedure Act, 5 USC 704, the attached correspondence is a final agency action.

    Pursuant to Fed Rules of Edv. Rule 902(1) the attached correspondence is self-authenticating. Pursuant to Fed. Rules of Edv. Rule 201 the court is required to take mandatory judicial notice of the adjudicative fact that the attached correspondence (sent to plaintiff(s),) is a final agency action that articulates a very clear position that the IRS is

RECEIVED

MAY 1 – 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

unwilling to reconsider [1].

Dated _4 - 2 8_ , 2006

_Isaac Zook_
Isaac Zook
119 Colonial Road
Gordonville, PA 17512

## CERTIFICATE OF SERVICE

I certify that I have mailed an original and one copy of the forgoing to:

Clerk of Court, United States District Court, 333 Constitution Ave. NW, Washington D.C. 20001,

and one copy to:

Jennifer Lynn Vozne, Trial Attorney, Tax Division, U.S. Dept of Justice, P.O. Box 227, Ben Franklin Station, Washington D.C. 20044.

Dated _4 - 2 8 -_ , 2006

_Isaac Zook_
Isaac Zook

---

[1] The attached correspondence is provided solely to demonstrate that the defendants' agency has articulated a position that is a final agency action that defendants' agency is unwilling to reconsider and for no other purpose.

Department of the Treasury
Internal Revenue Service
AUTOMATED COLLECTION SYSTEM SUPPORT
PO BOX 57
BENSALEM, PA 19020-8514

7106 8796 9320 2659 2291

**Date:**
MAY 14, 2005

**Taxpayer Identification Number:**
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    E 00

**Caller ID:**         278004

**Contact Telephone Number:**
TOLL FREE: 1-800-829-3903
BEST TIME TO CALL:
MON - FRI  8:00AM TO 8:00 PM
ASISTENCIA EN ESPANOL 1-800-829-3903

ISAAC L ZOOK
119 COLONIAL RD
GORDONVILLE  PA   17529-9755190

## CALL IMMEDIATELY TO PREVENT PROPERTY LOSS
## FINAL NOTICE OF INTENT TO LEVY AND NOTICE OF YOUR RIGHT TO A HEARING

### WHY WE ARE SENDING YOU THIS LETTER

We've written to you before asking you to contact us about your overdue taxes. You haven't responded or paid the amounts you owe. We encourage you to call us immediately at the telephone number listed above to discuss your options for paying these amounts. If you act promptly, we can resolve this matter without taking and selling your property to collect what you owe.

We are authorized to collect overdue taxes by taking, which is called levying, property or rights to property and selling them if necessary. Property includes bank accounts, wages, real estate commissions, business assets, cars and other income and assets.

### WHAT YOU SHOULD DO

This is your notice, as required under Internal Revenue Code sections 6330 and 6331, that we intend to levy on your property or your rights to property 30 days after the date of this letter unless you take one of these actions:
- Pay the full amount you owe, shown on the back of this letter. When doing so,
  - Please make your check or money order payable to the United States Treasury;
  - Write your social security number and the tax year or employer identification number and the tax period on your payment; and enclose a copy of this letter with your payment.
- Make payment arrangements, such as an installment agreement that allows you to pay off your debt over time.
- Appeal the intended levy on your property by requesting a Collection Due Process hearing within 30 days from the date of this letter.

### WHAT TO DO IF YOU DISAGREE

If you've paid already or think we haven't credited a payment to your account, please send us proof of that payment. You may also appeal our intended actions as described above.

Even if you request a hearing, please note that we can still file a Notice of Federal Tax Lien at any time to protect the government's interest. A lien is a public notice that tells your creditors that the government has a right to your current assets and any assets you acquire after we file the lien.

We've enclosed two publications that explain how we collect past due taxes and your collection appeal rights, as required under Internal Revenue Code sections 6330 and 6331. In addition, we've enclosed a form that you can use to request a Collection Due Process hearing.

We look forward to hearing from you immediately, and hope to assist you in fulfilling your responsibility as a taxpayer.

Enclosures: Copy of letter, Form 12153, Publication 594, Publication 1660, Envelope



*186506631103*

Automated Collection System

Letter 1058 (Rev. 05-2002)(LT-11)

| Account Summary | | ISAAC L ZOOK | | | 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 |
|---|---|---|---|---|---|
| Type of Tax | Period Ending | Assessed Balance | Accrued Interest | Late Payment Penalty | Total |
| 1040A | 12-31-1999 | $          7,532.40 | $          237.74 | $          0.00 | $          7,770.14 |

| | | | | Total Amount Due    $ | 7,770.14 |
|---|---|---|---|---|---|

| Type of Tax | Period Ending | Name of Return |
|---|---|---|
| | | |

**Form 8519**
(Rev. January 2001)

Department of the Treasury—Internal Revenue Service

**Taxpayer's Copy of Notice of Levy**

| | | |
|---|---|---|
| DATE:  08/22/2005 | TELEPHONE NUMBER OF IRS OFFICE: | SEQNUM    01229 |
| | TOLL FREE | 1-800-829-3903 |
| REPLY TO: | SBV | |
| ACS SUPPORT | | |
| PO BOX 57 | | |
| BENSALEM, PA 19020-8514 | TO: | |

P            23-0906608

NATIONAL PENN BANK
PO BOX 547
BOYERTOWN PA            19512-0547470

ISAAC L ZOOK
119 COLONIAL RD
GORDONVILLE PA 17529-9755190

IDENTIFYING NUMBER(S):    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

ZOOK    E    00

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040A | 12-31-1999 | $    7,532.40 | $    365.22 | $    7,897.62 |

HIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUAL RETIREMENT LANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, NLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ➤

| Total Amount Due ➤ | $    7,897.62 |
|---|---|

We figured the interest and late payment penalty to _____ 09-15-2005 _____

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we do not get enough with this one.

**Banks, credit unions, saving and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must hold your money for 21 calendar days before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have (or are already obligated for) when they would have paid you.**

If you decide to pay the amount you owe now, please **bring** a guaranteed payment (cash, cashier's check, certified check, or money order ) to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

| Signature of Service Representative   *Mary Hannah* | Title   **Operations Manager, Collection** |
|---|---|

FORM 8519 (Rev. 01-01)  63518R

**IRS** Department of the Treasury
Internal Revenue Service
P.O. Box 57, ACS
Bensalem  PA  19020

In reply refer to: 0566728331
Sep. 20, 2005 LTR 2644C  L0
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  199912 30 000
Input Op: 0509905107    00343
                    BODC: NOBOD

ISAAC L ZOOK
119 COLONIAL RD
GORDONVILLE  PA  17529



002453

            Taxpayer Identification Number: 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
                    Tax Period(s): Dec. 31, 1999

                         Form: 1040

Dear Taxpayer:

We previously sent you a letter concerning your inquiry received
June 01, 2005. Although we try to respond quickly, extensive
research is often required. At this time we are unable to provide
a complete response because:

    Due to heavy workload, we have not yet completed our research to
    resolve your inquiry.

Please allow an additional 45 days for us to obtain the information
we need and to let you know what action we are taking.

If you have any questions, please call us toll free at 1-800-829-0115.

If you prefer, you may write to us at the address shown at the top
of the first page of this letter.

Whenever you write, please include your telephone number, the hours
we can reach you, and this letter. Keep a copy of this letter for
your records.

Your Telephone Number (____)_____ Hours _____

We apologize for any inconvenience we may have caused you, and thank
you for your cooperation.

                    Sincerely yours,

                    Mary Hannah

                    Mary Hannah
                    Operations Manager, ACS

**IRS** Department of the Treasury
Internal Revenue Service
P.O. Box 57, ACS
Bensalem  PA  19020

In reply refer to:  0566204164
Nov. 15, 2005  LTR 2645C  L0
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  199912 30 000
Input Op:  0509905041    01321
                        BODC: NOBOD

ISAAC L ZOOK
119 COLONIAL RD
GORDONVILLE  PA  17529



000535

          Taxpayer Identification Number: 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
                    Tax Period(s): Dec. 31, 1999

                         Form: 1040

Dear Taxpayer:

Thank you for your correspondence received Nov. 07, 2005.

We have not resolved this matter because we haven't completed all
the processing necessary for a complete response.  However, we will
contact you again within 45 days with our reply.  You don't need to
do anything further now on this matter.

While waiting to hear from us, you can still make payments to reduce
your tax liability and interest charges.  To help us apply payments
properly, please write the taxpayer identification number and tax
period listed at the top of this letter on your check or money order.

If you have any questions, please call us toll free at 1-800-829-0115.

If you prefer, you may write to us at the address shown at the top
of the first page of this letter.

Whenever you write, please include this letter with your telephone
number and the hours we can reach you entered in the spaces provided
below.  You may want to keep a copy of this letter for your records.

Your telephone number (____)_____  Hours _____

```
                                        0566204164
                      Nov. 15, 2005  LTR 2645C  L0
                      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  199912 30 000
                      Input Op:  0509905041    01322
```

ISAAC L ZOOK
119 COLONIAL RD
GORDONVILLE   PA   17529


We apologize for any inconvenience we may have caused you, and thank
you for your cooperation.


                    Sincerely yours,

                    Mary Hannah

                    Mary Hannah
                    Operations Manager, ACS

(Rev. January 2001)   Department of the Treasury—Internal Revenue Service
**Taxpayer's Copy of Notice of Levy**

DATE:   12/05/2005

| | |
|---|---|
| REPLY TO:<br>   ACS SUPPORT<br>   PO BOX 57<br>   BENSALEM, PA 19020-8514 | TELEPHONE NUMBER   SEQNUM   00383<br>OF IRS OFFICE:<br>   TOLL FREE     1-800-829-3903<br>   SBV |

P          23-0906608

TO:

NATIONAL PENN BANK                    ISAAC L ZOOK
PO BOX 547                            119 COLONIAL RD
BOYERTOWN PA                          GORDONVILLE PA 17529-9755190
                    19512-0547475

IDENTIFYING NUMBER(S):       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
ZOOK   E   00

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040A | 12-31-1999 | $     7,497.49 | $      520.22 | $    8,017.71 |

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUAL RETIREMENT
PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL,
UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ⟶

| | |
|---|---|
| Total Amount Due ▶ | $     8,017.71 |

We figured the interest and late payment penalty to _____ 12-28-2005 _____

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we do not get enough with this one.

**Banks, credit unions, saving and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must hold your money for 21 calendar days before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have (or are already obligated for) when they would have paid you.**

If you decide to pay the amount you owe now, please **bring** a guaranteed payment (cash, cashier's check, certified check, or money order ) to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

| Signature of Service Representative<br>*Mary Hannah* | Title<br>**Operations Manager, Collection** |
|---|---|

(Rev. January 2001)

Department of the Treasury—Internal Revenue Service

**Taxpayer's Copy of Notice of Levy**

DATE: 01/03/2006

REPLY TO:
ACS SUPPORT
PO BOX 57
BENSALEM, PA 19020-8514

| | | |
|---|---|---|
| TELEPHONE NUMBER OF IRS OFFICE: | SEQNUM | 01267 |
| TOLL FREE | 1-800-829-3903 | |
| SBV | | |

TO:

P                    23-0906608

NATIONAL PENN BANK
PO BOX 547
BOYERTOWN PA                    19512-0547475

ISAAC L ZOOK
119 COLONIAL RD
GORDONVILLE PA 17529-9755190

IDENTIFYING NUMBER(S):        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

ZOOK   E   00

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040A | 12-31-1999 | $      7,497.49 | $       575.76 | $       8,073.25 |

| | | |
|---|---|---|
| HIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUAL RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ⟶ | Total Amount Due ▶ | $       8,073.25 |

We figured the interest and late payment penalty to _____ 02-02-2006

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we do not get enough with this one.

**Banks, credit unions, saving and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must hold your money for 21 calendar days before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have (or are already obligated for) when they would have paid you.**

If you decide to pay the amount you owe now, please **bring** a guaranteed payment (cash, cashier's check, certified check, or money order ) to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

| Signature of Service Representative | Title |
|---|---|
| *Mary Hannah* | **Operations Manager, Collection** |

**IRS** Department of the Treasury
Internal Revenue Service
P.O. Box 57, ACS
Bensalem  PA  19020

In reply refer to:  0566725140
Jan. 17, 2006  LTR 2645C  L0
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  199912 30 000
Input Op:  0509905122    00669
                        BODC: NOBOD

ISAAC L ZOOK
119 COLONIAL RD
GORDONVILLE  PA  17529

00591

Taxpayer Identification Number: 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
        Tax Period(s): Dec. 31, 1999

Form: 1040

Dear Taxpayer:

Thank you for your correspondence received Jan. 11, 2006.

We have not resolved this matter because we haven't completed all
the processing necessary for a complete response.  However, we will
contact you again within 45 days with our reply.  You don't need to
do anything further now on this matter.

While waiting to hear from us, you can still make payments to reduce
your tax liability and interest charges.  To help us apply payments
properly, please write the taxpayer identification number and tax
period listed at the top of this letter on your check or money order.

If you have any questions, please call us toll free at 1-800-829-0115.

If you prefer, you may write to us at the address shown at the top
of the first page of this letter.

Whenever you write, please include this letter with your telephone
number and the hours we can reach you entered in the spaces provided
below.  You may want to keep a copy of this letter for your records.

Your telephone number (____)_____  Hours _____

```
                                                      0566725140
                                  Jan. 17, 2006  LTR 2645C  LO
                                  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  199912 30 000
                                  Input Op:  0509905122      00670
```

ISAAC L ZOOK
119 COLONIAL RD
GORDONVILLE   PA   17529


We apologize for any inconvenience we may have caused you, and thank
you for your cooperation.


Sincerely yours,

*Mary Hannah*

Mary Hannah
Operations Manager, ACS



# Summons

In the matter of  Isaac L. Zook, 119 Colonial Road, Gordonville, PA  17529    SSN: 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

Internal Revenue Service (Division):  Small Business/Self Employed Division

Industry/Area (name or number):  Territory 1, Area 2 , Group 1131, Room 3210, 600 Arch Street, Philadelphia, PA  19106

Periods:  Periods Ending:  December 31, 2000, December 31, 2001, December 31, 2002,  & December 31, 2003

### The Commissioner of Internal Revenue

To:  Hometowne Heritage Bank

At:  1837 William Penn Way, Lancaster, PA  17601

You are hereby summoned and required to appear before _____ Mitchell V. Daher, Internal Revenue Agent, Badge # 23-01861 _____
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

Copies of all bank records including all:  bank statements, deposited items, deposit slips, signature cards, cancelled checks (front and back), savings passbooks, loan applications, loan agreements, and certificates of deposit for all bank accounts covering the period from December 1, 1999 through the period January 31, 2004 for  Isaac L. Zook, 119 Colonial Road, Gordonville, PA  17529

See attached statement on estimated costs to comply with this summons.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

William Green Federal Building, 600 Arch Street, Room 3210, Philadelphia, PA  19106      Phone  (215) 861-3753

**Place and time for appearance at**  William Green Federal Building, 600 Arch Street, Room 3210, Philadelphia, PA  19106

# IRS

on the  22nd  day of  April  2005  at  10:00  o'clock  A  m.

Issued under authority of the Internal Revenue Code this  5th  day of  April ,  2005 .

Department of the Treasury
Internal Revenue Service

www.irs.gov

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

*Signature of issuing officer* ............................ Internal Revenue Agent
                                                          Title

*Signature of approving officer (if applicable)* ...... Group Manager
                                                          Title

**Part C — to be given to noticee**



# Summons

In the matter of ___Isaac L. Zook, 119 Colonial Road, Gordonville, PA 17529   SSN: 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___

Internal Revenue Service (Division): ___Small Business/Self Employed Division___

Industry/Area (name or number): ___Territory 1, Area 2 , Group 1131, Room 3210, 600 Arch Street, Philadelphia, PA 19106___

Periods: ___Periods Ending: December 31, 2000, December 31, 2001, December 31, 2002, & December 31, 2003___

## The Commissioner of Internal Revenue

**To:** National Penn Bank

**At:** Philadelphia & Reading Avenues, Boyertown, PA 19512

You are hereby summoned and required to appear before ___Mitchell V. Daher, Internal Revenue Agent, Badge # 23-01861___
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

Copies of all bank records including all: bank statements, deposited items, deposit slips, signature cards, cancelled checks (front and back), savings passbooks, loan applications, loan agreements, and certificates of deposit for all bank accounts covering the period from December 1, 1999 through the period January 31, 2004 for Isaac L. Zook, 119 Colonial Road, Gordonville, PA 17529

See attached statement on estimated costs to comply with this summons.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

William Green Federal Building, 600 Arch Street, Room 3210, Philadelphia, PA 19106     Phone (215) 861-3753

**Place and time for appearance at** William Green Federal Building, 600 Arch Street, Room 3210, Philadelphia, PA 19106

# IRS

**Department of the Treasury**
**Internal Revenue Service**

**www.irs.gov**

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the __20 th__ day of __April__ __2005__ at __10:00__ o'clock __A__ m.
(year)
Issued under authority of the Internal Revenue Code this __4th__ day of __April__ , __2005__ .
(year)

_Mitchell V. Daher_
Signature of issuing officer

Internal Revenue Agent
Title

Signature of approving officer (if applicable)

Group Manager
Title

**Part C — to be given to noticee**



# Summons

In the matter of ___Isaac L. Zook, 119 Colonial Road, Gordonville, PA  17529    SSN:  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___

Internal Revenue Service (Division): ___Small Business/Self Employed Division___

Industry/Area (name or number): ___Territory 1, Area 2 , Group 1157, Room 3210, 600 Arch Street, Philadelphia, PA  19106___

Periods: ___Periods Ending:  December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003, & December 31, 2004___

## The Commissioner of Internal Revenue

To: ___Citibank N.A.___

At: ___6 Saint Paul Street, Baltimore, MD  21202___

You are hereby summoned and required to appear before ___Mitchell V. Daher, Internal Revenue Agent, Badge # 23-01861___ an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

Copies of all bank records including all:  bank statements, deposited items, deposit slips, signature cards, cancelled checks (front and back), savings passbooks, loan applications, loan agreements, and certificates of deposit for all bank accounts covering the period from December 1, 1999 through the period January 31, 2005 for  Isaac L. Zook, 119 Colonial Road, Gordonville, PA  17529

See attached statement on estimated costs to comply with this summons.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

___IRS, William Green Federal Building, 600 Arch Street, Room 3210, Philadelphia, PA  19106___    Phone  (215) 861-3753

**Place and time for appearance at** ___IRS, William Green Federal Building, 600 Arch Street, Room 3210, Philadelphia, PA 19106___

# IRS

on the ___21st___ day of ___November___ ___2005___ at ___10:00___ o'clock ___A___ m.

Issued under authority of the Internal Revenue Code this ___21st___ day of ___October___, ___2005___
                                                                                      (year)

Department of the Treasury
Internal Revenue Service

_____Signature of issuing officer_____    _____Internal Revenue Agent_____
                                                                          Title

**www.irs.gov**

_____Signature of approving officer (if applicable)_____    _____Group Manager_____
                                                                                         Title

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

**Part C — to be given to noticee**



# Summons

In the matter of ___Isaac L. Zook, 119 Colonial Road, Gordonville, PA  17529     SSN: 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___

Internal Revenue Service (Division): ___Small Business/Self Employed Division___

Industry/Area (name or number): ___Territory 1, Area 2 , Group 1157, Room 3210, 600 Arch Street, Philadelphia, PA  19106___

Periods: ___Periods Ending:  December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003, & December 31, 2004___

## The Commissioner of Internal Revenue

To: ___Fulton Bank___

At: ___1848 Fruitville Pike, Lancaster, PA  17601___

You are hereby summoned and required to appear before ___Mitchell V. Daher, Internal Revenue Agent, Badge # 23-01861___ an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

Copies of all bank records including all:  bank statements, deposited items, deposit slips, signature cards, cancelled checks (front and back), savings passbooks, loan applications, loan agreements, and certificates of deposit for all bank accounts covering the period from December 1, 1999 through the period January 31, 2005 for  Isaac L. Zook, 119 Colonial Road, Gordonville, PA  17529

See attached statement on estimated costs to comply with this summons.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

___IRS, William Green Federal Building, 600 Arch Street, Room 3210, Philadelphia, PA  19106___        Phone  (215) 861-3753

**Place and time for appearance at** ___IRS, William Green Federal Building, 600 Arch Street, Room 3210, Philadelphia, PA 19106___

## IRS

on the ___23rd___ day of ___November___ ___2005___ at ___10:00___ o'clock ___A___ m.

Issued under authority of the Internal Revenue Code this ___24th___ day of ___October___ , ___2005___
(year)

| | |
|---|---|
| Department of the Treasury **Internal Revenue Service** | |
| ___(signature)___ | Internal Revenue Agent |
| Signature of issuing officer | Title |
| **www.irs.gov** | ___(signature)___ |
| | Group Manager |
| Form 2039 (Rev. 12-2001) | Signature of approving officer *(if applicable)* | Title |
| Catalog Number 21405J | | **Part C** — to be given to noticee |



# Summons

In the matter of   Isaac L. Zook, 119 Colonial Road, Gordonville, PA  17529    SSN:  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

Internal Revenue Service (Division):   Small Business/Self Employed Division

Industry/Area (name or number):   Territory 1, Area 2 , Group 1157, Room 3210, 600 Arch Street, Philadelphia, PA  19106

Periods:  Periods Ending:  December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003, & December 31, 2004

## The Commissioner of Internal Revenue

To:   Wachovia Bank

At:   1643 Lincoln Highway East, Lancaster, PA  17602

You are hereby summoned and required to appear before        Mitchell V. Daher, Internal Revenue Agent, Badge # 23-01861
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers,
and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the
administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

Copies of all bank records including all:  bank statements, deposited items, deposit slips, signature cards, cancelled checks (front
and back), savings passbooks, loan applications, loan agreements, and certificates of deposit for all bank accounts covering the
period from December 1, 1999 through the period January 31, 2005 for  Isaac L. Zook, 119 Colonial Road, Gordonville, PA  17529

See attached statement on estimated costs to comply with this summons.

### Do not write in this space

**Business address and telephone number of IRS officer before whom you are to appear:**

IRS, William Green Federal Building, 600 Arch Street, Room 3210, Philadelphia, PA  19106        Phone  (215) 861-3753

**Place and time for appearance at**  IRS, William Green Federal Building, 600 Arch Street, Room 3210, Philadelphia, PA 19106

# IRS

Department of the Treasury
Internal Revenue Service

**www.irs.gov**

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the  23rd         day of  November   2005   at  10:00  o'clock  A   m.

Issued under authority of the Internal Revenue Code this 24th day of  October  , 2005.
                                                        (year)                          (year)

_Mitchell V Daher_
Signature of issuing officer

_John Wiener_
Signature of approving officer *(if applicable)*

Internal Revenue Agent
Title

Group Manager
Title

**Part C — to be given to noticee**



**Internal Revenue Service**
1973 North Rulon White Blvd.
Ogden, UT  84404-0040

**Department of the Treasury**

Taxpayer Identification Number:
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

Person to Contact: Dennis Parizek

**Date:** March 13, 2006

Employee Identification Number: 29-61699

ISAAC L ZOOK
119 COLONIAL RD
GORDONVILLE, PA 17529-9755190

Contact Telephone Number: 866-899-9083

Contact Hours: 7:00 am – 7:00 pm MST Mountain Time

Dear Taxpayer(s):

    This is in reply to your recent correspondence dated 4/2/2005.

    We have determined that the arguments you raised are frivolous and have no basis in law.  Federal courts have consistently ruled against such arguments and imposed significant fines for taking such frivolous positions.

    You can obtain IRS Publication 2105, Why Do I Have to Pay Taxes?, from our internet website at www.irs.gov/pub/irs-pdf/p2105.pdf.  We also refer you to a document entitled The Truth About Frivolous Tax Arguments.  It is also on our website at www.irs.gov/pub/irs-utl/friv_tax.pdf.  If you do not have internet access, you can obtain copies of these documents from your local IRS office.

    There are some people who encourage others to violate our nation's tax laws by arguing that there is no legal requirement for them to file income tax returns or pay income taxes.  These people base their arguments on legal statements taken out of context and on frivolous arguments that have been repeatedly rejected by federal courts.  People who rely on this kind of information can ultimately pay more in taxes, interest and penalties than they would have paid simply by filing correct tax returns.

    People who violate the tax laws also may be subject to federal criminal prosecution and imprisonment.  Information about the IRS's criminal enforcement program is available on the internet at www.irs.gov.  Once there, enter the IRS keyword:  fraud.

    The IRS is working with the United States Department of Justice and state taxing authorities to ensure that all taxpayers pay their lawful share of taxes and to seek criminal indictments or civil enforcement actions against people who promote or join in abusive and fraudulent tax schemes.

    The claims presented in your correspondence do not relieve you from your legal responsibilities to file federal tax returns and pay taxes.  We urge you to honor those legal duties.

    If you persist in sending frivolous correspondence, we will not continue to respond to it.  Our lack of response to further correspondence does not in any way convey agreement or acceptance of the arguments advanced.  If you desire to comply with the law concerning your tax liability, you are encouraged to seek advice from a reputable tax practitioner or attorney.

**Letter 3175C (Rev. 3-1-2004)**

This letter advises you of the legal requirements for filing and paying federal individual income tax returns and informs you of the potential consequences of the position you have taken. Please observe that the Internal Revenue Code sections listed below expressly authorize IRS employees that act on behalf of the Secretary of the Treasury to: 1.) examine taxpayer books, papers, records, or other data which may be relevant or material; 2.) issue summonses in order to gain possession of records so that determinations can be made of the tax liability or for ascertaining the correctness of any return filed by that person; and 3.) collect any such liability.

General Information on Filing Requirements and Authority to Collect Tax

Title 26, United States Code

Section 6001  Notice or regulations requiring records, statements, and special returns
Section 6011  General requirement of return, statement, or list
Section 6012  Persons required to make returns of income
Section 6109  Identifying numbers
Section 6151  Time and place for paying tax shown on returns
Section 6301  Collection Authority
Section 6321  Lien for taxes
Section 6331  Levy and distraint
Section 7602  Examination of books and witnesses

INTERNAL REVENUE CODE SECTION 6702  (FRIVOLOUS INCOME TAX RETURN PROVIDES:

CIVIL PENALTY - IF -
(1)  any individual files what purports to be a return of the tax imposed by subtitle A but which -
(A)  does not contain information on which the substantial correctness of the self- assessment may be judged, or
(B)  contains information that on its face indicates that the self- assessment is substantially incorrect; and
(2) the conduct referred to in paragraph (1) is due to -
(A)  a position which is frivolous, or
(B)  a desire (which appears on the purported return)  to delay or impede the administration of Federal income tax law, then such individuals shall pay a penalty of $500.00

PENALTY IN ADDITION TO OTHER PENALTIES -  The penalty imposed by subsection (a) shall be in addition to any other penalty provided by law.

If you have questions, please write to us at the address shown at the top of the first page of this letter.  Or, you may call us toll free at 1-800-829-8374 between the hours of 7:00 AM and 10:00 PM local time.  Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you.  You may also wish to keep a copy of this letter for your records.

Your telephone Number (____)_____    Hours_____

Sincerely yours,

Operations Manager,
Exam SC Support

Enclosure:
Publication 2105

**Letter 3175C (Rev. 3-1-2004)**

**Internal Revenue Service**

**Department of the Treasury**

Taxpayer Identification Number:
  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
Tax Form:
  1040
Tax Period(s):
  2003

Date: 3-21-06

Issac Zook
119 Colonial Road
Gordonville, PA 17529-9755

Contact Person:
  Mike Taibi
Employee Identification Number:
  23-00600
Contact Telephone Number:
  717-291-1991, Ext. 117
Day and Hours Available:
  Mon-Fri., 8:00AM to 4:30PM

Dear Taxpayer,

Our records indicate that we have not received your federal income tax return(s) for the period(s) listed above would like to meet with you to discuss the matter.

I have scheduled the meeting for the following date, time, and place:

Date: 3/31/06

Time: 8:30AM

Place:1720 Hempstead Road, Lancaster, PA

If you have any questions or if the date, time, or place of the meeting is inconvenient for you, please contact at the telephone number listed above. I will consider the meeting confirmed if I do not hear from you.

**Where Can You Get More Information?**

I have enclosed Publication 1, *Your Rights as a Taxpayer*, which explains your rights as a taxpayer througho your contact with us, and Notice 609, *Privacy Act and Paperwork Reduction Act Notice*, which explains the Privacy Act of 1974.

Thanks for your cooperation.

Sincerely yours,

Michael T. Taibi
Revenue Agent

Enclosures:
Publication 1
Notice 609

**Letter 3798 (11-2003)**
Catalog Number 37392V

**Internal Revenue Service**

**Department of the Treasury**

**Letter Number: 3164 C (DO)**

**Letter Date:**

3/21/06

**Social Security Number or**

**Employer Identification Number:**

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

**For Assistance You May Call Us At:**

717-291-1991, Ext. 117

**Person to Contact:**

Mike Taibi

**Employee Identification Number:**

23-00600

Issac Zook
119 Colonial Road
Gordonville, PA 17529-9755

Dear Taxpayer,

We have attempted to obtain unfiled returns from you. You should already be aware of this from our previous contacts with you. Generally, our practice is to deal directly with a taxpayer or a taxpayer's duly authorized representative. However, we sometimes talk with other persons, for example when we need information that the taxpayer has been unable to provide, or to verify information we have received.

We are writing to tell you that we may contact other persons. If we do contact other persons we will generally need to tell them limited information, such as your name. The law prohibits us from disclosing any more information than is necessary to obtain or verify the information we are seeking. Our need to contact other persons may continue as long as there is activity on this matter.

If you have any questions regarding this letter or wish to request a list of contacts, please do not hesitate to contact us at the telephone number listed above.

Sincerely,

Michael T. Taibi
Revenue Agent

**Letter 3164 C(DO) (1-2000)**
Cat. No. 73228G

**Internal Revenue Service**
P O BOX 10128
LANCASTER, PA 17605-0128

**Department of the Treasury**

Letter Number: **3174 (P)**

Letter Date:
04/03/2006
Social Security or
Employer Identification Number
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

ISAAC L ZOOK
119 COLONIAL ROAD
GORDONVILLE, PA 17529-9755

IRS Employee to Contact:
D RAMOS
Employee Identification Number:
23-04188
Contact Telephone Number:
(717)291-1995x134

Although we previously sent you a notice of our intention to collect your unpaid tax through enforced collection, our records show that you still have not paid the amount you owe. Enforced collection may include placing a levy on your bank accounts, wages, receivables, commissions, etc. It could also involve seizing and selling your property, such as real estate, vehicles, or business assets.

To prevent collection action, please pay the amount you owe, now. Make your check or money order payable to the United States Treasury, and write your social security number or employer identification number on it. Send your payment to us in the enclosed envelope with a copy of this letter. **The amount you owe is shown on the next page.**

If you recently paid this or if you can't pay it, call as soon as you get this letter. Our telephone number is at the top of this letter. If you disagree with our taking enforcement action, you may be able to work out another solution. Speak to the person whose name appears at the top of this letter, or ask for that person's manager. If you do not agree with the results, you may fill out Form 9423, Collection Appeals Request, to ask for Appeals consideration.

The unpaid amount from prior notices may include tax, penalties, and interest you still owe. It also includes credits and payments we have received since our last notice to you.

**Interest - Internal Revenue Code Section 6601**
We charge interest when your tax is not paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

Interest is also charged on penalties assessed on your account. Interest compounds daily except on underpaid estimated taxes for individuals or corporations.

**Paying Late - Internal Revenue Code Section 6651(a)(2)**
We charge a penalty when your tax is not paid on time. Initially, the penalty is ½% of the unpaid tax for each month or part of a month the tax was not paid.

If you have any questions about your account or would like a further detailed explanation of the penalty and interest charges on your account, please call me at the telephone number shown above.

Sincerely yours,

D RAMOS
REVENUE OFFICER



**IRS** Department of the Treasury
Internal Revenue Service

PO BOX 145585 STOP 8420G
CINCINNATI, OH 45250-5585

7105 5678 7184 6009 3700

000835.238254.0007.001 2 MB 0.563 1580

ISAAC L ZOOK
A/K/A IKE ZOOK
119 COLONIAL ROAD
GORDONVILLE, PA 17529-9755

135

| Form 668 (Y)(c)<br>(Rev. February 2004) | 1872 | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** |
|---|---|---|

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #2<br>(800) 913-6050 | Serial Number<br>282556406 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

- This Notice of Federal Tax Lien has been filed as a matter of public record.
- IRS will continue to charge penalty and interest until you satisfy the amount you owe.
- Contact the Area Office Collection Function for information on the amount you must pay before we can release this lien.
- See the back of this page for an explanation of your Administrative Appeal rights.

Name of Taxpayer
    ISAAC L ZOOK
    A/K/A IKE ZOOK

Residence
    119 COLONIAL ROAD
    GORDONVILLE, PA 17529-9755

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1999 | 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 | 11/22/2004 | 12/22/2014 | 7497.49 |

| Place of Filing | | | |
|---|---|---|---|
| Clerk of the Circuit Court<br>Cumberland County<br>Cumberland, VA 23040 | | Total | 7497.49 |

This notice was prepared and signed at   JACKSONVILLE, FL  , on this,

the 04th day of April , 2006 .

| Signature<br>_R. A. Mitchell_<br>for D RAMOS | Title<br>REVENUE OFFICER<br>(717) 291-1995 | 22-09-4032 |
|---|---|---|

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 3 - Taxpayer's Copy**

CAT. NO 60025X
Form **668 (Y)(c)** (Rev 02-04)

| Form 668 (Y)(c)<br>(Rev. February 2004) | 1872 | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | |
|---|---|---|---|

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #2<br>(800) 913-6050 | Serial Number<br><br>282556506 | For Optional Use by Recording Office |
|---|---|---|

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

- This Notice of Federal Tax Lien has been filed as a matter of public record.
- IRS will continue to charge penalty and interest until you satisfy the amount you owe.
- Contact the Area Office Collection Function for information on the amount you must pay before we can release this lien.
- See the back of this page for an explanation of your Administrative Appeal rights.

Name of Taxpayer
    ISAAC L ZOOK
    A/K/A IKE ZOOK

Residence
    119 COLONIAL ROAD
    GORDONVILLE, PA 17529-9755

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1999 | 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 | 11/22/2004 | 12/22/2014 | 7497.49 |

| Place of Filing<br><br>    Prothonotary<br>    Lancaster County<br>    Lancaster, PA 17602 | Total | 7497.49 |
|---|---|---|

This notice was prepared and signed at     DETROIT, MI     , on this,

the **04th** day of **April** , **2006** .

| Signature<br>R. A. Mitchell<br><br>for D RAMOS | Title<br>**REVENUE OFFICER**<br>(717) 291-1995 | 22-09-4032 |
|---|---|---|

**(NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien
Rev. Rul. 71-466, 1971 - 2 C B. 409)

**Part 3 - Taxpayer's Copy**

CAT. NO 60025X
Form **668 (Y)(c)** (Rev. 02-04)

**IRS** Department of the Treasury
Internal Revenue Service
PO BOX 145585 STOP 8420G
CINCINNATI, OH 45250-5585

**CERTIFIED MAIL**

7105 5678 7184 6009 3700

**Letter Date:** 04/13/2006
**Taxpayer Identification Number:**
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
**Contact Person:**
D RAMOS
**Employee Identification Number:**
23-04188
**Contact Telephone Number:**
(717) 291-1995

ISAAC L ZOOK
A/K/A IKE ZOOK
119 COLONIAL ROAD
GORDONVILLE, PA 17529-9755

035

### Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320

We filed a Notice of Federal Tax Lien on 04/06/2006

| Type of Tax | Tax Period | Amount Owed |
|---|---|---|
| 1040 | 12/31/1999 | 7497.49 |

The lien attaches to all the property you currently own and to all property you may acquire in the future. It also may damage your credit rating and hinder your ability to obtain additional credit.

You have a right to request a hearing with us to appeal this collection action and to discuss your payment method options. To explain the different collection appeal procedures available to you, we've enclosed Publication 1660, *Collection Appeal Rights.*

If you want to request a hearing, please complete the enclosed form 12153, *Request for a Collection Due Process Hearing.* and mail it to:

Internal Revenue Service
1720 HEMPSTEAD ROAD
P O BOX 10128
LANCASTER, PA 17605

You must request your hearing by 05/15/2006.

We'll issue a Certificate of Release of the Federal Tax Lien within 30 days after you pay the full amount owed.
To get the current amount owed, contact the person whose name and telephone number appear at the top of this letter.

(over)

Letter 3172 (DO) rev (11-2004
Catalog No. 267671

We'll also release the lien within 30 days after we accept a bond guaranteeing payment of the amount owed or after we adjust your account based on the decision of your requested hearing. We enclosed Publication 1450, *Instructions on how to Request a Certificate of Release of Federal Tax Lien.*

If you have any questions, please contact the person whose name and telephone number appear at the top of this letter.

Sincerely,

R. A. Mitchell

Director, Campus Compliance Operations

Enclosures:
Publication 1, *Your Rights as a Taxpayer*
Publication 1450, *Instructions on How to Request a Certificate of Release of Federal Tax Lien*
Publication 1660, *Collection Appeal Rights*
Form 668-Y (C), *Notice of Federal Tax Lien*
Form 12153, *Request for a Collection Due Process Hearing*

Letter 3172 (DO) rev (11-2004)
Catalog No. 26767I

**Lien**
This Notice of Federal Tax Lien gives public notice that the government has a lien on all your property (such as your house or car), all your rights to property (such as money owed to you) and to property you acquire after this lien is filed.

**Your Administrative Appeal Rights**
If you believe the IRS filed this Notice of Federal Tax Lien in error, you may appeal if any of the following conditions apply:

● You had paid all tax, penalty and interest before the lien was filed;

● IRS assessed tax after the date you filed a petition for bankruptcy;

● IRS mailed your notice of deficiency to the wrong address.

You have already filed a timely petition with the Tax Court.

The statute of limitations for collection ended before IRS filed the notice of lien.

**Your appeal request must be in writing and contain the following:**

● Your name, current address and SSN/EIN;

● Copy of this notice of lien, if available;

● The specific reason(s) why you think the IRS is in error;

● Proof that you paid the amount due (such as cancelled check);

● Proof that you filed a bankruptcy petition before this lien was filed.

Send your written request to the IRS, Attention: Technical Services Group Manager, in the office where this notice of lien was filed.

**When This Lien Can Be Released**

The IRS will issue a Certificate of Release of Federal Tax Lien within 30 days after:

● You pay the tax due, including penalties, interest, and any other additions under law, or IRS adjusts the amount due, or;

● The end of the time period during which we can collect the tax (usually 10 years).

Publication 1450, Request for Release of Federal Tax Lien, available at IRS offices, describes this process.

**When a Lien against Property can be Removed**
The IRS may remove the lien from a specific piece of property if any of the following conditions apply:

● Another other property subject to this lien that is worth at least two times the total of the tax you owe, including penalties and interest, plus the amount of any other debts you owe on the property (such as a mortgage);

● You give up ownership in the property and IRS receives the value of the government's interest in the property;

● IRS decides the government's interest in the property has no value when you give up ownership;

● The property in question is being sold; there is a dispute about who is entitled to the sale proceeds; and the proceeds are placed in escrow while the dispute is being resolved.

Publication 783, Instructions on How to Apply for a Certificate of Discharge of Property from a Federal Tax Lien, available at IRS offices, describes this process.

**Gravamen**
Este Aviso de Gravamen del Impuesto Federal da aviso publico que el gobierno tiene un gravamen en todas sus propiedades (tal como su casa o carro), todos sus derechos a propiedad (tales como el dinero que le adeudan a usted) y la propiedad que adquiera después que se presentó éste gravamen.

**Sus Derechos de Apelación Administrativos**
Si usted cree que el IRS presentó éste Aviso de Gravamen del Impuesto Federal por error, usted puede apelar si cualquiera de las siguientes condiciones le aplican:

● Usted pagó todo el impuesto, multa, interés antes de que el gravamen fuera presentado;

● El IRS tasó el impuesto después del la fecha en que usted presentó una petición de quiebra;

● El IRS le envió por correo el aviso de deficiencia a una dirección incorrecta;

● Usted presentó a tiempo una petición ante la Corte de Impuesto;

● El IRS no presentó el aviso de gravamen dentro del término prescriptivo.

**Su petición de apelación tiene que estar por escrito y debe incluir lo siguiente:**

● Su nombre, dirección actual y SSN/EIN;

● Una copia de este aviso de gravamen, si está disponible;

● La razón (o razones) específica(s) por qué piensa que el IRS está erróneo;

● Prueba que pagó la cantidad adaudada (tal como un cheque cancelado);

● Prueba que presentó una petición de quiebra antes de que se presentara el gravamen.

Envíe su petición por escrito al IRS, Atención: *Technical Services Group Manager* (*Grupo de Gerente-Servicios Técnicos*) en la oficina donde este aviso de gravamen fue presentado.

**Cuándo Este Gravamen Se Puede Cancelar**
El IRS emitirá un Certificado de Cancelación de Gravamen del Impuesto Federal dentro de 30 días después que:

● Usted paga el impuesto adeudado, incluyendo multas, intereses  y otras sumas adicionales según la ley, o el IRS ajusta la cantidad adeudada; o;

● Aceptemos una fianza garantizando el pago de su deuda;

● La expiración del término en que podemos cobrar el impuesto (usualmente 10 años).

La Publicación 1450, en inglés, *"Petición Para Cancelar el Gravamen del Impuesto Federal"*, describe este proceso y está disponible en las oficinas del IRS.

**Cuándo un Gravamen en Contra de la Propiedad Puede Eliminarse**
El IRS puede eliminar el gravamen de una propiedad específica si cualquiera de las siguientes condiciones aplica:

● Usted tiene otra propiedad sujeta a este gravamen cuyo valor es por lo menos dos veces el total del impuesto que usted adeuda, incluyendo intereses y multas, más la cantidad de cualquiera de las otras deudas que adeuda sobre la propiedad (tal como una hipoteca);

● Usted cede su interés en la propiedad y el IRS recibe el valor del interés del gobierno en la propiedad;

● El IRS decide que el interés del gobierno en la propiedad no tiene valor alguno cuando usted cedió su interés en la propiedad;

● La propiedad gravada será vendida; existe una controversia sobre quién tiene derecho al producto de la venta; y se depositan los fondos recibidos en la venta en una cuenta especial en lo que se resuelve la controversia.

La Publicación 783 en inglés, *"Instrucciones de Cómo Solicitar un Certificado de Relevo de la Propiedad de un Gravamen del Impuesto Federal"*, describe éste proceso y está disponible en las oficinas del IRS.

Form 668 (Y) (c) (Rev. 02-2004)

Form 668-A(ICS)
(Jan. 2003)

Department of the Treasury - Internal Revenue Service

## Notice of Levy

DATE: **04/26/2006**

REPLY TO: **Internal Revenue Service**
**D RAMOS**
**P O BOX 10128**
**LANCASTER, PA 17605-0128**

#3578

TELEPHONE NUMBER
OF IRS OFFICE: **(717)291-1995x4342**

NAME AND ADDRESS OF TAXPAYER:
**ISAAC L ZOOK** *Country side Wood Products*
**119 COLONIAL ROAD**
**GORDONVILLE, PA 17529-9755**

TO: **LONG FENCE**
**ATTN: JOHN CUNNINGHAM**
**8545 EDGEWORTH DR**
**CAPITOL HEIGHTS, MD 20743**

4343

IDENTIFYING NUMBER(S):    **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**

ZOOK

THIS IS NOT A BILL FOR TAXES YOU OWE. THIS IS A NOTICE OF LEVY WE ARE USING TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/1999 | 7549.74 | 752.93 | 8302.67 |
| | | | | |

| | | | Total Amount Due | 8302.67 |
|---|---|---|---|---|

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT

We figured the interest and late payment penalty to **05-26-2006**

The Internal Revenue Code provides that there is a lien for the amount that is owed. Although we have given the notice and demand required by the Code, the amount owed hasn't been paid. This levy requires you to turn over to us this person's property and rights to property *(such as money, credits, and bank deposits)* that you have or which you are already obligated to pay this person. However, don't send us more than the "Total Amount Due."

**Money in banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must be held for 21 calendar days** from the day you receive this levy before you send us the money. Include any interest the person earns during the 21 days. Turn over any other money, property, credits, etc. that you have or are already obligated to pay the taxpayer, when you would have paid it if this person asked for payment.

Make a reasonable effort to identify all property and rights to property belonging to this person. At a minimum, search your records using the taxpayer's name, address, and identifying number(s) shown on this form. Don't offset money this person owes you without contacting us at the telephone number shown above for instructions. You may not subtract a processing fee from the amount you send us.

To respond to this levy —
1. Make your check or money order payable to **United States Treasury**.
2. Write the taxpayer's name, identifying number(s), kind of tax and tax period shown on this form, and "LEVY PROCEEDS" on your check or money order *(not on a detachable stub).*
3. Complete the back of Part 3 of this form and mail it to us with your payment in the enclosed envelope.
4. Keep Part 1 of this form for your records and give the taxpayer Part 2 within 2 days.

If you don't owe any money to the taxpayer, please complete the back of Part 3, and mail that part back to us in the enclosed envelope.

| Signature of Service Representative<br>**D RAMOS** *Ramos* | Title<br>**REVENUE OFFICER** |
|---|---|

Part 1 —  For Addressee       Catalog No. 35389E    www.irs.gov       Form **668-A(ICS)** (1-2003)

**Internal Revenue Service Center**

**Department of the Treasury**

Taxpayer Identification Number:
  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
Tax Period Ended:
  1040-1999
Person to Contact:
  Ms. D. Ramos

Date:  April 26, 2006

Isaac L. Zook
119 Colonial Rd.
Gordonville, PA 17529

Employee Identification Number:
  23-04188
Contact Telephone Number:
  717-291-1995 ext 4342
Contact Hours:
  7:30-4:00 am

Dear  Mr. Zook

   This is in reply to your recent correspondence.

   Federal tax laws are passed by Congress and signed by the President. The Internal Revenue Service is responsible for administrating federal tax laws fairly and ensuring that taxpayers comply with the laws. We do not have authority to change the tax laws.

   The Internal Revenue Service strives to collect the proper amount of revenues at the least cost to the public, and in a manner that warrants the highest degree of public confidence in our integrity, efficiency, and fairness. In accomplishing this, we continually strive to help taxpayers resolve legitimate account problems as effectively as possible. While tax collection is not a popular function of government, it clearly is a necessary one. Without it all other functions would eventually cease.

   There are people who encourage others to deliberately violate our nation's tax laws. It would be unfortunate if you were to rely on their opinions. These persons take legal statements out of context and claim that they are not subject to tax laws. Many offer advice that is false and misleading, hoping to encourage others to join them. Generally, their advice isn't free. Taxpayers who purchase this kind of information often wind up paying more in taxes, interest, and penalties than they would have paid simply by filing correct tax returns. Some may subject themselves to criminal penalties, including fines and possible imprisonment.

   Federal courts have consistently ruled against the arguments you have made. Therefore, we will not respond to future correspondence concerning these issues.

Sincerely yours,

*D. Ramos*

Ms. D. Ramos
Revenue Officer

**Letter 3175 (SC) (2-1999)**
Catalog Number 26859J