UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ISAAC ZOOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-164 (RWR) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion [4] to dismiss the complaint be, and hereby is, GRANTED.  The complaint is DISMISSED.

This is a final, appealable order.

SIGNED this 10th day of July, 2006.

                               /s/
                        RICHARD W. ROBERTS
                        United States District Judge